IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>[1] EDGARDO NAVARRO SUAREZ,<br>*et al.*,<br><br>Defendants. | No.: 25-163 (CVR) |

**UNITED STATES' MOTION FOR
RELATED-CASE ASSIGNMENT AND TRANSFER**

Pursuant to Rule 3A of the Local Rules of the United States District Court for the District of Puerto Rico, the United States respectfully requests that the above-captioned case, in which a federal grand jury returned an Indictment on March 27, 2025, be transferred to the trial docket of the Honorable Aida Delgado Colón, who is handling Criminal No. 23-130 (ADC), *United States v. [1] Manfred Pentzke Lemus, et. al.*

The reason for the request in that the instant Indictment includes inextricably intertwined witnesses, evidence, and issues that will be considered by Judge Delgado-Colón in Criminal No. 23-130 (ADC).  Transfer of this matter to the trial docket of Judge Delgado-Colón is therefore "likely to effectuate a substantial saving of judicial effort."  *See* Local Rule 3A.

*United States' Motion for*
*Related-Case Assignment and Transfer*
*25-163 (CVR)*
*Page 2 of 2*

Accordingly, the United States respectfully requests the transfer of this matter

to the trial docket of the Honorable Aida Delgado-Colón.

I hereby certify that I caused the foregoing to be presented to the Clerk of the

Court for filing and uploading to the CM/ECF system, which will generate an

electronic notice of this filing to be sent to the parties.

Respectfully submitted,

W. STEPHEN MULDROW
United States Attorney

s/Daniel J. Olinghouse
Daniel J. Olinghouse
Assistant United States Attorney
USDC-PR No. G03009
Torre Chardón, Suite 1201
350 Carlos Chardón Street
San Juan, Puerto Rico 00918
(787) 766-5656
Daniel.Olinghouse2@usdoj.gov